UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMI RAM,

    Plaintiff,

v.

          Case No. 11-10112
          Honorable Patrick J. Duggan

LEHMAN BROTHERS BANK, FSB
(now known as AURORA BANK, FSB),
FEDERAL NATIONAL MORTGAGE
ASSOCIATION, AURORA LOAN
SERVICES, LLC, BANK OF AMERICA,
N.A., and DIONNE MARCY,

    Defendants.
_____/

## JUDGMENT

On December 2, 2010, Ami Ram ("Plaintiff") filed this lawsuit to quiet title to real property located in Beverly Hills, Michigan and recover damages for violations of Michigan and federal law in connection with the origination and administration of mortgage loans. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED WITH PREJUDICE**.

Dated: October 24, 2011            s/PATRICK J. DUGGAN
                                               UNITED STATES DISTRICT JUDGE

Copies to:
Julian Levant, Esq.
Martin S. Frenkel, Esq.
David G. Michael, Esq.
Brandon M. Blazo, Esq.
Joseph H. Hickey, Esq.